Theodore Hamm Brewing Co., a Corporation, Plaintiff-Appellee, v. First Trust & Savings Bank of Kankakee, a Corporation, and Harold E. Lape, Individually and d/b/a Key City Beverage Company, Defendants-Appellees and Appellant.

Gen. No. 69–63. (Abstract of Decision.)

Third District.

January 20, 1970.

Edward G. Vogt, of Kankakee, for appellant; Edward A. McIntire, of Kankakee, for appellee. Opinion by JUSTICE ALLOY. Not to be published in full.